| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | Laura R. Washington (Bar No. 266775)<br>  *laura.washington@lw.com* |
| 3 | Dixon M. Carvalho Anderson (Bar No. 333894)<br>  *dixon.carvalhoanderson@lw.com* |
| 4 | 10250 Constellation Blvd, Suite 1100<br>Los Angeles, California 90067 |
| 5 | Telephone: (424) 653-5500<br>Facsimile: (424) 653-5501 |
| 6 | Brittany N. Lovejoy (Bar No. 286813) |
| 7 |   *brittany.lovejoy@lw.com*<br>505 Montgomery Street, Suite 2000 |
| 8 | San Francisco, California 94111<br>Telephone: (415) 391-0600 |
| 9 | Facsimile: (415) 395-8095 |
| 10 | *Attorneys for Defendant*<br>*Parkwood Entertainment, LLC* |
| 11 | [Additional Counsel on Signature Page] |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIROSE ENTERPRISES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN HOLIDAY, professionally known as FOREMOST POETS, PARKWOOD ENTERTAINMENT, LLC, SONY MUSIC ENTERTAINMENT, SONY MUSIC PUBLISHING (US), LLC, and W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP.,<br><br>　　　　　Defendants. | Case No. 2:25-cv-06973-MEMF-AJR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served:<br>August 20, 2025 and August 21, 2025<br><br>Current Response Date:<br>October 27, 2025<br><br>Proposed New Response Date:<br>(30) Days after Plaintiff files amended complaint |

Pursuant to this Court's Local Rule 8-3, plaintiff Hirose Enterprises, LLC ("Plaintiff") and defendants Parkwood Entertainment, LLC ("Parkwood"), Sony Music Entertainment ("SME"), Sony Music Publishing (US) LLC, erroneously sued as Sony Music Publishing US, LLC ("SMP"), and W Chappell Music Corp. *d/b/a* WC Music Corp. ("WC") ("Defendants") (together with Plaintiff, the "Parties") agree and stipulate as follows:

WHEREAS, Plaintiff filed its Complaint in this action on July 29, 2025;

WHEREAS, Plaintiff served defendant SME on August 20, 2025;

WHEREAS, Plaintiff served defendant WC on August 20, 2025;

WHEREAS, Plaintiff served defendant SMP on August 21, 2025;

WHEREAS, by prior stipulation approved by the Court, SME, SMP, and WC's current deadline to respond to the Complaint is October 27, 2025;

WHEREAS, Parkwood executed a waiver of service on September 17, 2025, setting Parkwood's response deadline as October 27, 2025;

WHEREAS, following a meet and confer among counsel on Defendants' intended motion to dismiss, Plaintiff has indicated that it intends to file an amended complaint in an attempt to cure the deficiencies identified by Defendants;

WHEREAS, Plaintiff does not anticipate being able to file the amended complaint by October 27, 2025; and

WHEREAS, to conserve party and judicial resources and avoid unnecessary motion practice directed to a superseded pleading, the Parties seek to set a deadline for the amended complaint and to coordinate Defendants' response deadlines thereto;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiff shall file its amended complaint on or before November 17, 2025.
2. Defendants shall answer, move, or otherwise respond to the amended complaint within thirty (30) days after the amended complaint is filed.

3. Defendants shall have no obligation to respond to the Complaint currently on file, and the October 27, 2025 response deadlines for Defendants are vacated.

This stipulation is made for good cause and not for purposes of delay and is without prejudice to any party's rights, claims, arguments, or defenses.

**IT IS SO STIPULATED.**

Dated: October 27, 2025              Respectfully submitted,

**THE HAYES LAW FIRM, APLC**

By */s/ DaShawn Hayes*
      DaShawn Hayes, Esq.

*Attorneys for Plaintiff*
*Hirose Enterprises, LLC*

Dated: October 27, 2025              **LATHAM & WATKINS LLP**

By */s/ Laura R. Washington*
      Laura R. Washington

*Attorneys for Defendant*
*Parkwood Entertainment, LLC*

Dated: October 27, 2025              **PRYOR CASHMAN LLP**

By */s/ Ilene S. Farkas*
      Ilene S. Farkas (*Pro hac vice* pending)
      Rebecca Mandel

*Attorneys for Defendants Sony Music*
*Entertainment, Sony Music Publishing*
*(US) LLC and W Chappell Music Corp.*

# ATTESTATION

I hereby attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

By: _/s/ Laura R. Washington_
Laura R. Washington

4

Case No. 2:25-cv-06973-MEMF-AJR
STIPULATION TO EXTEND TIME TO
RESPOND TO COMPLAINT

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES