# EXHIBIT 1

**Exhibit 1**
**5**

<u>Non-Exclusive License-Agreement</u>

This Agreement shall be a binding license agreement made and entered into as of the <u>6th of September, 2022</u> ("Effective Date") between the Licensor and the Licensee hereof in regards to the Masters owned and/or controlled by the Licensor according to the steps, terms and conditions below.

| | |
|---|---|
| Licensor: | Attribute Events Co. (attributerecords@gmail.com) |
| Address: | 18 Keer Avenue, Newark New Jersey 07112-2308 USA |
| Licensee: | Parkwood Entertainment (Kylie Gregory) |
| Address: | 412 West 15th Street, 3rd Floor, New York, NY 10001 USA |
| Licensing Date: | 2022 |
| Artist: | **Foremost Poets** |
| Song Title: | **"Moonraker" (Acappella) [Moon-Raker]** |
| | |
| Project: | **Beyoncé - Alien Superstar (Renaissance Album)** |
| Writer: | John Holiday/Noble John Ali |
| Producer: | jOHNNYDANGEROUs |
| Publisher: | Foremost Poets Publishing (BMI) |
| Label: | Attribute Events Co. |
| Site: | https://foremostpoets.net |
| Song Release Date: | July 29, 2022 |
| | |
| Date: | September 6, 2022 |
| Licensor: | Attribute Events Company (Noble John Ali) [John Holiday] |
| Bank Info: | Mail check to: |
| | **Attribute Events Company** |
| | c/o: John Holiday |
| | c/o: Noble John Ali |
| | 18 Keer Avenue |
| | Newark, New Jersey 07112 USA |
| | |
| Payment Schedule: | **September 6th to September 20th, 2022** |
| | |
| Licensee: | Kylie Gregory (Parkwood Entertainment) |
| Master: | Step 1: **Foremost Poets - "Moonraker"** [Moon-Raker] |
| For use in: | **Beyoncé - Alien Superstar (Renaissance Album)** |
| Usage/Rights: | Non-Exclusive |
| | Streaming / download on-demand |
| | (album, single-track and bundle), promotion in connection with the album |
| Territory: | World |
| License Period: | Perpetuity |
| Advance: | $10,000.00 (Ten Thousand U.S. dollars) |
| | ($5K on the master side and $5K on the publishing side) |
| Master Royalty: | (0.5%) Master Royalty |
| | |
| Publishing: | (0.5%) Copyright interest in the new composition |
| Accounting: | Intentionally deleted. |
| Payment: | Upon Licensee's positive decision re. the inclusion of the master in the compilation and within 14 calendar days upon Licensee's receipt of a proper invoice, Licensor shall receive a non-returnable, but fully-recoupable (fully-recoupable against any royalties due to Licensor) |

**Exhibit 1**
6

DocuSign Envelope ID: 6B07EDD3-7F57-42CF-97F7-172C56FF2FFA

advance in the amount o($10,000.00) Ten Thousand U.S. Dollars net plus VAT (if applicable). Licensor acknowledges receipt.

Mechanicals: Intentionally Deleted.

The parties agree and acknowledge that there is no partnership or contract of employment between Licensee and Licensor and each party shall be solely responsible for their own withholding, employment or other taxes and any other such liabilities.

Guarantee: Licensor guarantees to be able to conclude and perform this Agreement. Licensor guarantees in particular to be the sole owner and/or to solely control the Master and that the contractual use of the Master does not infringe upon any third party rights (in particular no copyrights in and to musical works as well as sound recordings and no personal/moral rights of third parties). In the event of a material breach of the above warranty, Licensor shall indemnify Licensee on first demand against any damages suffered as a result of such breach and shall reimburse any costs of legal defense (attorneys' fees) to a reasonable extent.

Law/Venue: This agreement shall be subject to the laws of the State of New York , USA. Any dispute arising out of this agreement will be brought before the courts of the State of New York . In case the jurisdiction of the court depends on the amount in dispute, the Laws of the State of New York shall be the competent court in the event the amount in dispute does not exceed the applicable threshold for local New York State courts.

Written Form: Any changes, supplements or amendments of this Agreement including this written form clause shall not be valid unless made in writing (executed fax copies or documents sent by email to suffice).

Sever-ability: Based on email discussions, if any provision of this agreement shall be or become entirely or partly invalid or unenforceable, this shall not affect the validity and enforceability of the remaining provisions. Payment shall be made no less than 14 days of this agreement date.

Signature:

By: _____
Attribute Records     <attributerecords@gmail.com>

By: _____
Parkwood Ventures, Inc.
*(DocuSigned by: Celestine Knowles Lawson — 2D384B7942C74D0)*

By: _____
Foremost Poets Publishing

**Exhibit 1**
7