**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIROSE ENTERPRISES, LLC, | Case No. 2:25-cv-06973-MEMF-AJR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JOHN HOLIDAY, professionally known as FOREMOST POETS; PARKWOOD ENTERTAINMENT, LLC; SONY MUSIC ENTERTAINMENT; SONY MUSIC PUBLISHING (US), LLC; and W CHAPPELLL MUSIC CORP., doing business as WC MUSIC CORP., | |
| Defendants. | |

1

Pursuant to the Court's Order Re: Motion to Dismiss, it is ordered, adjudged, and decreed that this action is dismissed without prejudice. Plaintiff Hirose Enterprises, LLC, shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 26, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2